1  PHILLIP A. TALBERT
   Acting United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8             IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10
   IN THE MATTER OF THE SEARCH OF THE      CASE NO. 2:16-SW-0344 AC
11 CELLULAR TELEPHONE ASSIGNED CALL
   NUMBER (209) 662-2949                   [PROPOSED] ORDER RE: REQUEST FOR
12                                         UNSEALING OF SEARCH WARRANT
                                           MATERIALS
13

14

15

16      Upon application of the United States of America and good cause having been shown,

17      IT IS HEREBY ORDERED that the search warrant, application, affidavit, and return are

18 unsealed.

19

20 DATED: _____8-18-2016_____          _____
                                          Hon. Edmund F. Brennan
21                                        United States Magistrate Judge

22

23

24

25

26

27

28